# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 3, 2016

Lyle W. Cayce
Clerk

No. 14-31229

In the Matter of: JERRY MICHAEL HOLLANDER, JR.; SHEILA STORY
HOLLANDER

      Debtors

---------------------------------------------------------

ROBERT SIGILLITO; RHONDA SIGILLITO,

      Appellees

v.

JERRY MICHAEL HOLLANDER, JR.; SHEILA STORY HOLLANDER,

      Appellants

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-6665

Before HIGGINBOTHAM, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

    AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.